I would like to request a motion to have a copy of my "Statement of Reasons" sent to me Please.

— Cory S. Donnelly
#31659-009

Case # 4:17-CR-00293-BSM-8

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 17 2021

TAMMY H. DOWNS, CLERK
By: _____
                    DEP CLERK