United States of America  )
                          )
v.                        ) Case# 4:17-CR-00293-BSM-8
                          )
Donnelly, Cory S.         )

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 05 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

## Motion For Amendment Of Sentence

Comes Now, the Defendant Cory S. Donnelly (Pro-Se) unto this Honorable Court in motion to request an amendment to the previously imposed sentence. The defendant wishes to be sentenced under the 2023 guidelines and the new amendments to those guidelines. One or more of the changes included in the 2023 guidelines directly impact this case and/or affect the criminal history category the Defendant (Pro-Se) was sentenced under. The following circumstances are facts of this case and support an amendment of sentence to reflect the current legislation included in the 2023 guideline amendments.

- The Defendant **was** on state parole at the time of this offense. When calculated in accordance with the 2023 guideline amendments — this will drop the defendant's criminal history category

FROM A LEVEL 6 TO A LEVEL 5. THIS DIFFERENCE HAS THE POTENTIAL TO REDUCE THE GUIDELINE SENTENCING RANGE SUBSTANTIALLY UPON REVIEW.

- ONE OR MORE OF THE ENHANCEMENTS THAT WERE PREVIOUSLY IMPOSED IN THIS SENTENCE MAY NOT APPLY UNDER THE 2023 GUIDELINES. THIS ALSO, MAY SUBSTANTIALLY REDUCE THE DEFENDANT'S GUIDELINE SENTENCING RANGE.

WHEREFORE, THE DEFENDANT CORY S. DONNELLY (PRO-SE) DULY PRAYS THAT THIS HONORABLE COURT GRANT THE SPECIFIC RELIEF REQUESTED; AMENDING THE SENTENCE PREVIOUSLY IMPOSED IN THIS CASE IN ACCORDANCE WITH THE CURRENT LEGISLATION AND APPLYING THE CURRENT LEGAL SENTENCING GUIDELINES.

ON THIS, THE 28TH DAY OF NOVEMBER, 2023.

RESPECTFULLY SUBMITTED,

*[signature]*

CORY S. DONNELLY

```
 POLH2  540*23  *        SENTENCE MONITORING          *   10-20-2023
 PAGE 001       *         COMPUTATION DATA            *   10:28:38
                           AS OF 10-20-2023

REGNO..: 31659-009 NAME: DONNELLY, CORY S


FBI NO...........: 997531CD7         DATE OF BIRTH: 01-21-1987  AGE:  36
ARS1.............: POL/A-DES
UNIT.............: 1 CHAL             QUARTERS.....: A01-125U
DETAINERS........: YES                NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 04-17-2031

THE INMATE IS PROJECTED FOR RELEASE: 10-17-2031 VIA GCT REL


-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: ARKANSAS, EASTERN DISTRICT
DOCKET NUMBER...................: 4:17-CR-00293-BSM-8
JUDGE...........................: MILLER
DATE SENTENCED/PROBATION IMPOSED: 04-14-2021
DATE COMMITTED..................: 05-27-2021
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                    FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:     $100.00        $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:  391    21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846 & 841(A)(1) & (B)(1)(A) CONSPIRACY TO PWITD METH, A
         CLASS C FELONY

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    188 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 DATE OF OFFENSE................: 09-03-2019




G0002         MORE PAGES TO FOLLOW . . .
```

EXHIBIT "A"

```
POLH2   540*23  *          SENTENCE MONITORING              *      10-20-2023
PAGE 002         *          COMPUTATION DATA                 *      10:28:38
                            AS OF 10-20-2023

REGNO..: 31659-009  NAME: DONNELLY, CORY S


------------------------CURRENT COMPUTATION NO: 010 ---------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-15-2021 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-20-2021 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 04-14-2021
TOTAL TERM IN EFFECT............:    188 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     15 YEARS        8 MONTHS
EARLIEST DATE OF OFFENSE........: 09-03-2019

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     02-24-2018     03-19-2018
                                     06-08-2018     04-13-2021

TOTAL PRIOR CREDIT TIME.........: 1065
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 819
TOTAL GCT EARNED................: 243
STATUTORY RELEASE DATE PROJECTED: 10-17-2031
ELDERLY OFFENDER TWO THIRDS DATE: 10-24-2028
EXPIRATION FULL TERM DATE.......: 01-13-2034
TIME SERVED.....................:      5 YEARS       5 MONTHS       6 DAYS
PERCENTAGE OF FULL TERM SERVED..:   34.6
PERCENT OF STATUTORY TERM SERVED:   40.4

PROJECTED SATISFACTION DATE.....: 10-17-2031
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 12-15-21 DGCT C/REH.




G0002         MORE PAGES TO FOLLOW . . .
```

EXHIBIT "A"

TO: CLERK OF COURTS

FROM: CORY S. DONNELLY #31659-009
Pollock U.S.P.
P.O. Box 2099
Pollock, LA 71467

RE: 4:17-CR-00293-BSM-8

    My name is Cory Donnelly, I am writing to the court along with submitting a formal motion (Pro-Se) for amendment of sentence. I am requesting that Judge Miller amend my sentence to reflect the 2023 amendments to the sentencing guidelines. One or more of the changes in the 2023 guidelines impact this case, changing the criminal history category that I was sentenced under. In specific, my probation/parole status at the time of offense will affect the 2023 guideline totals differently; changing my criminal history category. My hopes are that Judge Miller will amend my sentence to reflect the new guidelines.

    Enclosed, you will find my formal motion prepared Pro-Se accompanied by supporting documents (see "Exhibit A").

Please kindly submit this defendant's **Motion for Amendment of Sentence**, along with supporting documents for Judge Miller's review.

Thank you humbly and kindly for your time and assistance in this matter. Please direct all court actions and responses in this case directly to the defendant (pro-se) at the aforementioned address. In closing, I kindly request that, should any adjustments need to be made to my filing, please notify me via regular mail so I can make the necessary adjustments.

Thank you again, and God Bless!

Respectfully Submitted,

*[signature]*

Cory S. Donnelly