# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                         CASE NO.  4:17-CR-00293-BSM-8

CORY S DONNELLY                                                                         DEFENDANT

## ORDER

Cory Donnelly's pro se motion to reduce his sentence and appoint counsel [Doc. No. 2821] is denied because the retroactive application of Amendment 821 to the federal sentencing guidelines does not reduce his sentencing range.  *See* U.S.S.G § 1.10(a)(2). The amendment merely reduces his criminal history points from fourteen to thirteen, and therefore his criminal history category remains at level VI.

IT IS SO ORDERED this 9th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE