IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              CASE NO. 4:17-CR-00293-BSM-8

CORY S. DONNELLY                                                      DEFENDANT

## ORDER

Cory Donnelly's pro se motion for sentence reduction [Doc. No. 2931] is denied because Donnelly failed to challenge the accuracy of his presentence investigation report prior to sentencing. *See United States v. Murphy*, 248 F.3d 777, 779 (8th Cir. 2001). Even if he had timely objected, the removal of this conviction merely reduces his criminal history points from fourteen to thirteen, and therefore his criminal history category remains at level VI.

IT IS SO ORDERED this 2nd day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE